IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAM BHAROSE,

       Petitioner,                  No. MISC S-04-0305 WBS JFM PS

    vs.

UNITED STATES OF AMERICA, et al.,

       Respondents.             <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On August 26, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 26, 2005, are adopted in full;

2. Respondent's July 5, 2005 motion to dismiss for lack of subject matter jurisdiction be granted and this action be, and the same hereby is, dismissed.

DATED: September 22, 2005

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/bharose.805